UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AARON FREEMAN,

                        Plaintiff,

       -against-

TREVOR JACOBSON, et al.,

                       Defendants.

-----------------------------------------------------------X

20-CV-10040 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2021

**SARAH NETBURN, United States Magistrate Judge:**

    On January 27, 2021, the parties appeared before the Court to discuss the Defendants' pre-motion letter for their anticipated motion to dismiss. As discussed at the conference, the Defendants shall file their motion by February 5, 2021. The Plaintiff shall oppose the motion by February 19, 2021. The Defendants shall reply by February 26, 2021.

    In addition, the parties are encouraged to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference, if it would be beneficial at this time.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:    New York, New York
                January 28, 2021