UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 10/25/2021 __
```

AARON FREEMAN,

                              Plaintiff,                    20-CV-10040 (SN)

            -against-                                       **ORDER**

TREVOR JACOBSON, et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The parties' October 22, 2021 status letter, ECF No. 54, states that the parties believe a

reference to another magistrate judge for a settlement conference would be productive at this

time. By November 5, 2021, the parties are directed to contact the Honorable Ona T. Wang's

chambers at Wang_NYSDChambers@nysd.uscourts.gov to schedule a settlement conference.

All existing discovery and motion deadlines remain unchanged.

**SO ORDERED.**

                                                   _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:        New York, New York
              October 25, 2021