UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AARON FREEMAN,

                            **Plaintiff,**                    20-CV-10040 (SN)

       -against-                                          **ORDER**

TREVOR JACOBSON, et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the parties' ongoing settlement discussions with Judge Wang, as reflected on the Court docket, the parties are ORDERED to meet and confer as to whether they seek an adjournment of the January 31, 2022 deadline to file any motion for summary judgment. The parties shall notify the Court by January 28, 2022. If the parties seek an adjournment, they shall propose a reasonable schedule.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     January 24, 2022
                 New York, New York