```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022
```

AARON FREEMAN,

                                 **Plaintiff,**                          **20-CV-10040 (SN)**

       -against-                                                        **<u>ORDER</u>**

TREVOR JACOBSON, et al.,

                                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On February 3, 2022, the Court held a conference specifically to set a schedule for pretrial proceedings and trial in this case. At the conference, both parties represented that they would be available and ready for trial the week of June 13, 2022. Accordingly, the Court requested that a hold be placed on the court-wide jury trial calendar for that start date.

       Defendants now seek a "short" adjournment of the trial date in this case because the Defendants are not in fact available on the dates that their counsel represented they were during the February 3, 2022 conference. As was explained at the conference, the Court is currently operating on a court-wide jury trial calendar. The deadline to request jury trial dates for the second quarter of 2022 has passed. Canceling the trial prejudices any other case that may have sought a June 13, 2022 trial start date. At this late date, the Court cannot replace this case with another on the shared calendar.

       To avoid prejudice to Defendants, and if convenient to all parties, the Court will release the June 13 hold and request a jury trial in a COVID-compliant courtroom for the week of July

11, 2022. The parties are ORDERED to meet and confer and advise the Court by Tuesday, March 1, 2022, whether they agree to a jury trial the week of June 13, 2022, or July 11, 2022.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     February 23, 2022
           New York, New York