UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AARON FREEMAN,

                **Plaintiff,**                20-CV-10040 (SN)

      -against-                        **ORDER**

TREVOR JACOBSON, et al.,

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has reviewed Defendants' submission regarding their requested trial date. As stated previously, to avoid prejudice to Defendants, and if convenient to all parties, the Court can release the June 13 hold and request a jury trial in a COVID-compliant courtroom for the week of July 11, 2022. The parties are ORDERED to meet and confer and advise the Court by Tuesday, March 1, 2022, whether they agree to a jury trial the week of June 13, 2022, or July 11, 2022. Trial shall begin one of those two weeks. In light of the shared jury trial calendar, the Court cannot make any representations about what day of the week the trial will commence, but assumes it will start on Monday and if not, on Tuesday.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      February 25, 2022
                 New York, New York