UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AARON FREEMAN,

                             **Plaintiff,**

                -against-

TREVOR JACOBSON, et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**20-CV-10040 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A jury panel has been requested in this case for Monday, July 11, 2022. The attention of counsel is directed to Local Civil Rule 47.1, which provides that the Court may assess the parties or counsel with the cost of one day's attendance of the jurors (approximately $1000.00) if a case is settled after the jury has been summoned or during trial. A civil jury is considered summoned for a trial as of noon of the business day before the designated date of the trial.

      The parties are ORDERED to update the Court on the status of settlement by 12:00 p.m. on Friday, July 8, 2022.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:     New York, New York
                  July 7, 2022