# Law Firm of Steven M. Warshawsky
www.warshawskylawfirm.com

100 South Bedford Road, Suite 340　　　　　　　　　　　　　　　　　　　　　　　Tel: (914) 514-2329
Mount Kisco, New York 10549　　　　　　　　　　　　　　　　　Email: smw@warshawskylawfirm.com

July 10, 2022

**VIA ELECTRONIC CASE FILING**
Hon. Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007
(212) 805-0286

        Re:    Aaron Freeman v. Trevor Jacobson and Jordan Usdin
                <u>20-CV-10040 (SN) (SDNY)</u>

Dear Judge Netburn:

      I represent Plaintiff Aaron Freeman in the above-referenced action, which is scheduled for trial beginning Tuesday, July 12. I am writing on behalf of all parties to advise the Court that over the weekend we agreed on a settlement in principle that resolves all outstanding claims and counterclaims asserted in the case. Accordingly, we will not be going forward with the trial on Tuesday.

      Because the terms of the settlement include a cash payment from the defendants to the plaintiff that will be paid in installments over approximately five months, the parties will be asking the Court to retain jurisdiction over the case until all of the required payments have been made. Our understanding is that this requires the parties to file a stipulation of settlement with the Court to be so-ordered. We will submit the agreement this week. In light of this request, we ask that the Court not issue a "30-day order" as is customary when a case settles. Thank you.

                                              Respectfully submitted,

                                              /s/ *Steven M. Warshawsky*

                                              Steven M. Warshawsky